DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CALVIN GORHAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-1123

[July 20, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Tim Bailey, Judge; L.T. Case No. 94-12703CF10A.

Calvin Gorham, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***